UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                                    CASE NO. 07-10078

GLORIA SCOTT                                         SECTION "A"
  DEBTOR
                                                     CHAPTER 13
U.S. BANK, N.A.
  MOVER

## ***STIPULATION***

This matter was set for hearing on September 8, 2009 on a Motion to Lift Stay filed on behalf of U.S. BANK, N.A. ("MOVER"), a secured creditor herein.

Considering the agreement of MOVER and DEBTOR through their attorneys of record, as indicated by their respective signatures;

IT IS ORDERED that:

1. DEBTOR is to pay MOVER on or before September 8, 2009 in the amount of $3,195.80, which will be applied to the July, 2009 through September, 2009 post petition payments, late charges and attorney fees and cost.

2. In the event the DEBTOR fail to pay the sums set forth in Paragraphs 1 when due or any future monthly payment, commencing with the **October 1, 2009** payment within 30 days of its due date or should any check be returned "NSF" OR should the DEBTOR convert this chapter 13 proceeding to a Chapter 7 case, the DEBTOR agrees that MOVER may obtain an exarte order granting relief from the automatic stay presently in effect pursuant to 11 U.S.C. Section 362 with regard to this Chapter 13 proceeding and also as to any Chapter 7 or 11 case this matter might be converted to, and MOVER to foreclose on its security interest in the following described property located in Jefferson Parish, Louisiana and if necessary, to evict DEBTOR from said property:

That certain piece or portion of ground, together with all the buildings and improvements

thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, in that part thereof known as East bank Subdivision in Square No. 16 thereof, bounded by Dilton Avenue (formerly Jefferson Avenue), Joseph Street, Sedalia Street and the east boundary of the subdivision, designated as Lot Nos. 19, 20 & 21, on a plat of survey by J.J. Krebs & Sons, Surveyor, dated April 1, 1965, according to chich said lots measure as follows, to-wit:

Lot Nos. 19, 20 and 21 adjoin each other and measure each 20 feet front on Sedalia Street, same width in the rear, by a depth of 10 feet between equal and parallel lines. Lot No. 21 commences at a distance of 180 feet from the corner of Sedalia Street and Dilton Avenue, all in accordance with the survey of J.L. Fontcuberta, Surveyor, dated January 3, 1969, and resurveyed June 20, 1969.

Improvements thereon having a municipal address of 10517 Sedalia Street, River Ridge, LA 70123.

SUBMITTED AND APPROVED:

/s/ Jacob S. Edwards
Jacob S. Edwards (#30492)
Attorney for Mover
The Boles Law Firm
P. O. Drawer 2065
Monroe, LA 71207-2065

/s/ Phillip D. Rubins
Phillip D. Rubins (# 17779)
Attorney for Debtor
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002